Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-08-00764-CV

Frank and Guadalupe **SEPULVEDA**,
Appellants

v.

John **VELENTZAS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-11134
Honorable Peter Sakai, Judge Presiding

PER CURIAM

Sitting:     Alma L. López, Chief Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   December 23, 2008

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due to be filed by November 12, 2008. No brief has been filed. On November 20, 2008, we ordered that appellant show cause in writing within fifteen days why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). We received no response. The appeal is, therefore, dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM